UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES KAUFMAN and
GAIL KAUFMAN,

      Case No.

    Plaintiffs,               Hon.

      WCCC Case No.   11-012815-NP
v.                        Hon. Gershwin A. Drain

MTD PRODUCTS INC.,
a Delaware corporation, and
HOME DEPOT U.S.A., INC.,
A Delaware corporation, Jointly
And Severally,

      Defendants.

| | |
|---|---|
| DeNARDIS & MILLER, P.C. | HARVEY KRUSE, P.C. |
| By:  Ronald F. DeNardis (P23268) | By:  Dennis M. Goebel (P23509) |
| Attorneys for Plaintiffs | Attorneys for Defendant MTD Products Inc |
| 10 South Main Street, Suite 307 | 1050 Wilshire Drive, Suite 320 |
| Mt. Clemens, MI  48043 | Troy, MI 48084 |
| (586) 469-9191 | (248) 649-7800 |

PLUNKETT COONEY
By: Carolyn M. Jereck (P41748)
Attorney for Home Depot U.S.A., Inc.
38505 Woodward Ave, Ste. 2000
Bloomfield Hills, MI 48304
(248) 594-6363

## NOTICE OF REMOVAL

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

1.     There is currently pending in the Wayne County Circuit Court, Detroit, Michigan, a civil action, being Case No: 11-012815-NP in which James and Gail Kaufman are plaintiffs and MTD Products Inc. and Home Depot U.S.A., Inc. are the defendants.

1

2.     The action referenced in paragraph 1 is a suit involving a products liability action to recover for injuries plaintiff sustained on November 4, 2008. Plaintiff James Kaufman claims that his injuries were caused by defendant MTD Products' alleged negligence and failure to warn. Based on the nature of plaintiff James Kaufman's allegations it is believed that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

3.     This action involves a controversy between citizens of different states under 28 U.S.C. §1332(a)(1), as shown below:

a)  The plaintiff, James Kaufman, was at the time of filing this Notice and was at the time the State court action was filed a citizen of the State of Michigan within the meaning of 28 U.S.C. §1332;

b)  The plaintiff, Gail Kaufman, was at the time of filing this Notice and was at the time the State court action was filed a citizen of the State of Michigan within the meaning of 28 U.S.C. §1332; and

c)  The defendant, MTD Products Inc., is at the time of filing this Notice and was at the time the State court action was filed a corporation which is not incorporated in the State of Michigan and which is incorporated in the State of Delaware and has its principal place of business located in the State of Ohio. As such, MTD Products Inc. is a citizen of the State of Delaware and the State of Ohio within the meaning of 28 U.S.C. §1332.

d)  Based on the information known to date, Defendant Home Depot U.S.A., Inc. is a foreign corporation incorporated in Deleware. Defendant Home Depot is not a citizen of the State of Michigan.

4.     This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332.

5.     This Notice of Removal is being filed within 30 days after receipt by defendant MTD Products Inc. of a copy of the initial pleading setting forth the claim for relief upon which this action is based. Defendant MTD Products Inc. was served on November 28, 2011, and

accordingly, the time for filing this Notice of Removal under 28 U.S.C. §1446(b) has not expired.

6.    Defendant MTD Products Inc. believes that the plaintiffs will be claiming damages in excess of $75,000, exclusive of costs, because of the following:

    a) Plaintiff James Kaufman is alleging injuries to his face, scarring, permanent disability, and emotional distress

7.    Even if plaintiffs' claims in this matter in controversy do not exceed the sum or value of $75,000, this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) as the claims in this action are so related to the claims in the case of *Kaufman v. MTD Products Inc*, Case Number 2:11-cv-14578, currently pending before the Honorable George Caram Steeh, that they form part of the same case or controversy:

    a) The causes of action arise out of the *same* incident and the *same* set of facts. James Kaufman and Scott Kaufman allege in their two separate lawsuits that on November 4, 2008 Scott Kaufman owned a Yard Man Snow Thrower manufactured by MTD, Model No. 31A-3BAD729406923; Serial No. 1I235I10365000001 which was purchased at Home Depot in Taylor, Michigan in December 2006. Scott Kaufman and his father, James Kaufman were trying to fix a flat tire on the snow thrower. Both complaints allege they were using an air compressor which was set at 25 PSI and that the rim suddenly and unexpectedly exploded propelling pieces of shrapnel from the rim of the tire into James Kaufman's right cheek and into Scott Kaufman's right hand and wrist. James Kaufman filed suit in the Wayne County Circuit Court against MTD Products, Inc. and Home Depot U.S.A., Inc. Scott Kaufman sued the same Defendants in the USDC assigned to Judge Steeh. James Kaufman's allegations of duty and breach of duty as to MTD under Count I, against Home Depot in Count II and breach of warranty against both Defendants in Counts III and IV are the same as those allegations made by Scott Kaufman in his Federal lawsuit against the same Defendants.

    b) The witnesses are the *same*;

    c) The defendants are the *same*; and,

    d) Plaintiff Gail Kaufman's claims are derivative of plaintiff James Kaufman's claims.

8.      Removal of this case based on supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) is supported by *Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546l 125 S.Ct. 2611 (2005), and *White v. Loomis Armored US, Inc.*, 729 F.Supp 2d 897 (2010).

9.      Written notice of the filing of this Notice of Removal shall be given to all adverse parties as required by law.

10.      A true copy of this Notice of Removal will be filed with the Wayne County Circuit Court, as required by law.

11.      Filed with this Notice of Removal and attached hereto as Exhibit A is a true and correct copy of all process, pleadings and orders served upon defendant MTD Products Inc. in this action.

WHEREFORE, defendant MTD Products Inc. respectfully requests that this action be removed from the Wayne County Circuit Court to this Court.

Respectfully submitted,

HARVEY KRUSE, P.C.

By:      /s/ Dennis M. Goebel
Dennis M. Goebel (P-23509)
Kimberly A. Kardasz (P-57694)
Attorneys for Defendant MTD Products Inc
1050 Wilshire Drive, Suite 320
Troy, MI 48084
(248) 649-7800
dgoebel@harveykruse.com

Dated:  December 21, 2011

4